| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>EDELSON PC<br>Sydney M. Janzen, Esq.<br>350 NORTH LASALLE SUITE 1300<br>CHICAGO , IL 60654<br>   Telephone No: 312-589-6370<br>   Attorney For: Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

*Plaintiff:* BAKA BALABANIAN
*Defendant:* PARK MEADOWS MALL, LLC, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:17-cv-2253 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action, Complaint and Demand for Jury Trial

3. a. Party served:     Solex Contracting, Inc.
   b. Person served:    Gerald E. Allen, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   43615 Sandia Creek Dr, Temecula, CA 92590

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 20 2017 (2) at: 05:21 PM

6. **Person Who Served Papers:**
   a. Jamie Beman (PS-001171, Riverside)
   b. FIRST LEGAL
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. (951) 779-1110

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/21/2017
(Date)

*(Signature)*



PROOF OF SERVICE

1678656
(301213)