AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-02253-CBS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* General Growth Properties, Inc. was received by me on *(date)* Sep 21, 2017

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynanne Gares, Litigation Management Services Leader , who is designated by law to accept service of process on behalf of *(name of organization)* General Growth Properties, Inc. on *(date)* Thu, Sep 21 2017 at 3:15 pm, at Corporation Service Company, Registered Agent, at 251 Little Falls Drive, Wilmington, DE 19808 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ 53.70.

I declare under penalty of perjury that this information is true.

Date: September 22, 2017

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516 Silverside Road Unit 16, Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; and Complaint with Demand for Jury Trial