IN THE **UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-CV-2253

BAKA BALABANIAN,

    Plaintiff,

v.

PARK MEADOWS MALL, LLC,
GENERAL GROWTH PROPERTIES, INC.,
GODIVA CHOCOLATIER, INC. and
SOLEX CONTRACTING, INC.

    Defendants.

## ENTRY OF APPEARANCE BY JULIE J. NOONAN

COMES NOW Defendant, SOLEX CONTRACTING, INC., and appears in this matter by and through its counsel The Law Office of Julie J. Noonan.

Respectfully submitted this 3rd day of November, 2017.

    THE LAW OFFICE OF JULIE J. NOONAN

    */s/ Julie J. Noonan*
    Julie J. Noonan
    Attorney for Defendant Solex Contracting, Inc.
    Law Office of Julie J. Noonan
    11290 Pyrites Way, Suite 210
    Rancho Cordova, CA 95670
    T: (559) 451-2632
    F: (303) 291-7977
    Julie.noonan@zurichna.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE was served using the CM/ECF electronic filing system this 6th day of November, 2017, with service upon the following:

Rafey S. Balabanian
Edelson PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
Attorney for Plaintiff Baka Balabanian

Syndney M. Janzen
Edelson PC
350 N. LaSalle Street, 13th Floor
Chicago, Illinois 60654
Attorney for Plaintiff Baka Balabanian

Steven M. Hamilton
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
Attorney for Godiva Chocolatier, Inc.

Park Meadows Mall LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

General Growth Properties, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

*s/ Amparo Farnam*
Amparo Farnam, Secretary
Law Office of Julie J. Noonan