IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   17-cv-02253-WYD-MEH

BAKA BALABANIAN,

     Plaintiff,

v.

PARK MEADOWS MALL LLC,
GENERAL GROWTH PROPERTIES, INC.,
GODIVA CHOCOLATIER, INC., and
SOLEX CONTRACTING, INC.,

     Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the parties' Stipulation of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii).  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii) is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated:  April 2, 2018

BY THE COURT:


s/ Wiley Y. Daniel_____
Wiley Y. Daniel
Senior United States District Judge